Fill in this information to identify the case:

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known): ______________ Chapter **11**

❑ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** — **IMH Dallas Arioso, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)** — **87 – 3965143**

**4. Debtor's address**

**Principal place of business**

**1808 Aston Ave.**
Number Street

**Carlsbad, CA 92008-7365**
City State ZIP Code

**San Diego**
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

**3030 Claremont Dr.**
Number Street

**Grand Prairie, TX 75052-4320**
City State ZIP Code

**5. Debtor's website (URL)** — **https://www.ariosolivingtx.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: ______________

Debtor **IMH Dallas Arioso, LLC** Case number *(if known)* ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______
  District ______ When ______ (MM / DD / YYYY)
  Case number, if known ______

Debtor **IMH Dallas Arioso, LLC** Case number *(if known)* ______
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______

City ______ State ______ ZIP Code ______

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **IMH Dallas Arioso, LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/01/2025**
MM/ DD/ YYYY

✗ **/s/ Ed Monce**
Signature of authorized representative of debtor

**Ed Monce**
Printed name

Title **CEO**

**18. Signature of attorney**

✗ **/s/ Donald W. Reid**
Signature of attorney for debtor

Date **12/01/2025**
MM/ DD/ YYYY

**Donald W. Reid**
Printed name

**Law Office of Donald W. Reid**
Firm name

**PO Box 2227**
Number Street

**Fallbrook** **CA** **92088**
City State ZIP Code

**(949) 378-6805**
Contact phone

**don@donreidlaw.com**
Email address

**281743** **CA**
Bar number State

Fill in this information to identify the case:

Debtor name **IMH Dallas Arioso, LLC**

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Lowe's Home Centers, LLC<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 | | Materials/Supplies | | | | $75,851.78 |
| 2 | Pacific Painting Inc.<br>1029 Bluebonnet Dr<br>Irving, TX 75060-4551 | | Painting Services | | | | $60,213.00 |
| 3 | Texas Southwest Floors, Inc.<br>2301 McDaniel Dr.<br>Carrollton, TX 75006-6947 | | Trade Services | | | | $50,502.76 |
| 4 | Redi Carpet Inc.<br>550 Jubilee Ln<br>Lewisville, TX 75056-1201 | | Flooring Services | | | | $46,688.51 |
| 5 | Cushman Wakefield US, Inc.<br>2401 Internet Blvd Ste 110<br>Frisco, TX 75034-5976 | | Trade Services | | | | $44,314.05 |
| 6 | HD Supply Facilities Maintenance LTD<br>3400 Cumberland Blvd Se<br>Atlanta, GA 30339-4435 | | Trade Services | | | | $34,624.65 |
| 7 | City of Grand Prairie Water Util<br>Po Box 534045<br>Grand Prairie, TX 75053-4045 | | Utilities | | | | $26,584.60 |
| 8 | Texmenian Contractors LLC<br>923 Dove Creek Trail<br>Southlake, TX 76092 | | Trade Services | | | | $26,000.95 |

Debtor **IMH Dallas Arioso, LLC** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Eagle Oak Landscape, LLC<br>2013 Holford Rd<br>Garland, TX 75044-5705 | | Trade Services | | | | $22,342.46 |
| 10 | Kodiak Fire Protection, Inc.<br>507 Prestige Cir<br>Allen, TX 75002-3438 | | Trade Services | | | | $21,225.02 |
| 11 | Red Carpet Cleaning<br>Po Box 892<br>Colleyville, TX 76034-0892 | | Trade Services | | | | $19,195.13 |
| 12 | Fetch Package<br>1214 Dolton Dr<br>Dallas, TX 75207-2193 | | Trade Services | | | | $18,000.00 |
| 13 | Rez Cln<br>1079 W Round Grove Rd Ste 300 Pmb 349<br>Lewisville, TX 75067-7927 | | Trade Services | | | | $14,339.79 |
| 14 | Apartments LLC<br>3438 Peachtree Rd Ne Ste 1500<br>Atlanta, GA 30326 | | Trade Services | | | | $13,706.00 |
| 15 | RentersIQ Insurance Agency<br>2201 Lakeside Blvd<br>Richardson, TX 75082-4305 | | Trade Services | | | | $13,234.89 |
| 16 | Fred's Plumbing (VC Premium)<br>9056 FM 1641<br>Terrell, TX 75160-7366 | | Trade Services | | | | $12,589.69 |
| 17 | Nationwide Compliant, LLC<br>2035 Lakeside Centre Way Ste 250<br>Knoxville, TN 37922-6594 | | Trade Services | | | | $10,721.77 |
| 18 | Rasa Floors LLC<br>2833 Eisenhower St. Ste. 100<br>Carrollton, TX 75007 | | Trade Services | | | | $9,124.36 |
| 19 | Core Distributing<br>13246 Murphy Rd<br>Stafford, TX 77477-4324 | | Trade Services | | | | $7,946.46 |
| 20 | Poolsure Houston<br>1707 Townhurst Dr<br>Houston, TX 77043-2810 | | Trade Services | | | | $7,141.05 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE: **IMH Dallas Arioso, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **12/01/2025** Signature **/s/ Ed Monce**

Ed Monce, CEO

Broadcast Music, Inc.
7 World Trade Center
250 Greenwich St.
New York, NY 10007

Canon Financial Services, Inc.
158 Gaither Dr Ste 200
Mount Laurel, NJ 08054-1716

City of Grand Prairie Water Util
Po Box 534045
Grand Prairie, TX 75053-4045

Darwish Pool Service and Supply, LLC
7648 Scarlet View Trl
Fort Worth, TX 76131-5114

Developed Construction Group
13720 Midway Rd Ste 109
Dallas, TX 75244-4313

Farout Solutions, LLC
7005 University Blvd.
Winter Park, FL 32792

Renovations Services
P.O. Box 595
Euless, TX 76039-0595

Snappt
226 W Ojai Ave Ste 101-419
Ojai, CA 93023-3277

SOCi, Inc.
9650 Dilworth Rd.
Dallas, TX 75243

Staples Contract &
Commercial LLC
201 Northpoint Dr
Coppell, TX 75019-3839

TAA Click & Lease LLC
2100 W Walnut Hill Ln Ste 100
Irving, TX 75038-4400

The Sherwin Williams
Company
5909 Belt Line Rd Ste 110
Dallas, TX 75254-7103

360 Apartment Renovations
LLC
5473 Blair Rd Ste 100 Pmb 47372
Dallas, TX 75231-4227

All Dry USA
11837 Judd Ct Ste 110
Dallas, TX 75243-4405

Apartment List, Inc.
548 Market St, PMB 79519
San Francisco, CA 94104

Apartments LLC
3438 Peachtree Rd Ne Ste 1500
Atlanta, GA 30326

Ascap
7920 Sunset Blvd Ste. 300
Los Angeles, CA 90046

Beautiful House Cleaning LLC
6305 Preston Rd
Plano, TX 75024

Benson Integrated Marketing Solutions
6195 Shiloh Rd
Alpharetta, GA 30005-8413

Birdsong Electric, Inc.
2914 Industrial Ln
Garland, TX 75041-2307

Camp Construction Services
5243 Bear Creek Ct
Irving, TX 75061

Cano Electric, Inc.
7400 Whitehall St
Richland Hls, TX 76118-6426

Carpet Cleaning & Restoration Spec Inc
PO Box 2590
Alvin, TX 77512

Checkpoint ID, Inc.
3232 Mckinney Ave Ste 700
Dallas, TX 75204-7416

Classic Same Day Blinds LLC
2801 Brasher Ln
Bedford, TX 76021-5285

Commercial Chemical Products, Inc.
1707 Townhurst Dr
Houston, TX 77043-2810

Conservice, LLC
Po Box 4696
Logan, UT 84323-4696

Core Distributing
13246 Murphy Rd
Stafford, TX 77477-4324

Cushman Wakefield US, Inc.
2401 Internet Blvd Ste 110
Frisco, TX 75034-5976

Eagle Oak Landscape, LLC
2013 Holford Rd
Garland, TX 75044-5705

Ecoteam LLC
3900 Valley View Ln
Irving, TX 75062

Engrain Technology, Inc.
5660 Greenwood Plaza Blvd Ste 350
Greenwood Vlg, CO 80111-2400

Fetch Package
1214 Dolton Dr
Dallas, TX 75207-2193

Fred's Plumbing (VC Premium)
9056 FM 1641
Terrell, TX 75160-7366

Glass Doctor of North Texas
2001 Midway Rd, Ste. 121
Carrollton, TX 75006

Handytrac Systems LLC
510 Staghorn Ct
Alpharetta, GA 30004-0737

HD Supply Facilities Maintenance LTD
3400 Cumberland Blvd Se
Atlanta, GA 30339-4435

InterSolutions, LLC
535 Route 38 Ste 425
Cherry Hill, NJ 08002-2953

Kodiak Fire Protection, Inc.
507 Prestige Cir
Allen, TX 75002-3438

Law Office of Donald W. Reid
PO Box 2227
Fallbrook, CA 92088

Lone Star Roofing of Texas
11252 Leo Ln
Dallas, TX 75229-4726

Lowe's Home Centers, LLC
1000 Lowes Blvd
Mooresville, NC 28117-8520

Metro Communication Systems, Inc.
1800 E State Highway 114 Ste 102
Southlake, TX 76092-6529

Nationwide Compliant, LLC
2035 Lakeside Centre Way Ste 250
Knoxville, TN 37922-6594

Pacific Painting Inc.
1029 Bluebonnet Dr
Irving, TX 75060-4551

Palter Sims Martinez PLLC
15443 Knoll Trail Dr Ste 100
Dallas, TX 75248-3453

Peruna Glass, Inc.
2001 Midway Rd.
Carrollton, TX 75006-4959

Polo Carpet Cleaning & Flooring
7400 Business Pl
Arlington, TX 76001-7136

Poolsure Houston
1707 Townhurst Dr
Houston, TX 77043-2810

Rasa Floors LLC
2833 Eisenhower St. Ste. 100
Carrollton, TX 75007

RealPage, Inc.
2201 Lakeside Blvd
Richardson, TX 75082-4305

Red Carpet Cleaning
Po Box 892
Colleyville, TX 76034-0892

Redi Carpet Inc.
550 Jubilee Ln
Lewisville, TX 75056-1201

RentersIQ Insurance Agency
2201 Lakeside Blvd
Richardson, TX 75082-4305

Republic Services, Inc.
2400 Vinson St.
Dallas, TX 75212

Rez Cln
1079 W Round Grove Rd Ste 300 Pmb 349
Lewisville, TX 75067-7927

RREF IV-D, Arioso Mezz, LLC
c/o Wells Fargo Bank Mtg
MAC D1086-23A
550 S Tryon St Fl 23
Charlotte, NC 28202-4200

Skipper Supreme Cleaning LLC
805 Wood Trl
Azle, TX 76020-5017

Sundance Billing Services LLC
1401 Shoal Creek Ste 290
Lewisville, TX 75077-3249

Texas Southwest Floors, Inc.
2301 McDaniel Dr.
Carrollton, TX 75006-6947

Texmenian Contractors LLC
923 Dove Creek Trail
Southlake, TX 76092

Unity Construction & Painting
3200 Earhart Dr
Carrollton, TX 75006-5024

Unmove Free
1304 W Walnut Hill Ln Ste. 320
Irving, TX 75038