CSD 1100 [07/05/24]

Name, Address, Telephone No. & I.D. No.

Donald W. Reid - SBN 281743
LAW OFFICE OF DONALD W. REID
770 First Avenue, Suite 250
San Diego, CA 92101
T: (619) 880-6100 | F: (619) 923-2051
don@donreidlaw.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  IMH DALLAS ARIOSO, LLC

Debtor(s)

Bankruptcy No.  25-05061-JBM11

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

☐ Voluntary Petition

☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals

☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)

☐ Schedule A/B: Property (Form 106A/B & 206A/B)

☐ Schedule C: The Property You Claim as Exempt (Form 106C)

☐ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009

    ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $34.00 fee required. See instructions on reverse side.

    ☐ Correcting or deleting other information. See instructions on reverse side.

☐ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)

☐ Schedule H: Your Co-Debtor (Form 106H)

☐ Schedule I: Your Income (Form 106I)

☐ Schedule J: Your Expenses (Form 106J)

☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)

☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)

☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)

☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)

☐ Chapter 7 Means Test Calculation (Form 122A-2)

☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)

☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)

☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)

☒ Other:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

Dated:  03/19/2026

Signature  /s/Donald W. Reid

Attorney for Debtor

**Debtor(s) signature required on page 2.  Server's signature required on page 3.**

CSD 1100 [07/05/24]

# DECLARATION OF DEBTOR

I [We]   IMH Dallas Arioso, LLC            and                              , the debtor(s), hereby
declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___
pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 03/19/2026            _____            _____
                                          *Debtor Signature                              *Joint Debtor Signature

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
   1.   Before each entry, specify the purpose of the amendment by inserting:
       a.   "ADDED," if the information was missing from the previous document filed; or
       b.   "CORRECTED," if the information modifies previously listed information; or
       c.   "DELETED," if previously listed information is to be removed.
   2.   At the bottom of each page, insert the word "AMENDED."
   3.   Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  03/19/2026          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determine        d that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Elvina Rofael elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
Olivia Scott olivia.scott@hklaw.com, theresa.macaulay@bclplaw.com
United States Trustee ustp.region15@usdoj.gov
Bruce Zabarauskas bruce.zabarauskas@hklaw.com, evelyn.gomez@hklaw.com

☐   Chapter 7 Trustee:

☒   For Chapter 7, 11, & 12 cases:               ☐   For Chapter 13 cases:
    UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
    ustp.region15@usdoj.gov                           mkoch@ch13.sdcoxmail.com

CSD 1100 [07/05/24]

2.    **Served by United States Mail:**

On _____ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  03/19/2026                              /s/Donald W. Reid
                    _____          _____
                            (Date)                    (Typed Name and Signature)

                                                     770 First Avenue, Suite 250
                                                     _____
                                                     (Address)

                                                     San Diego, CA 92101
                                                     _____
                                                     (City, State, ZIP Code)

Fill in this information to identify the case:

Debtor name **IMH Dallas Arioso, LLC**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): **25-05061-JBM11**

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lowe's Home Centers, LLC<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 | | Materials/Supplies | | | | $75,851.78 |
| 2 | Pacific Painting Inc.<br>1029 Bluebonnet Dr<br>Irving, TX 75060-4551 | | Painting Services | | | | $60,213.00 |
| 3 | Redi Carpet Inc.<br>550 Jubilee Ln<br>Lewisville, TX 75056-1201 | | Mechanics Lien / Flooring Services | | | | $50,817.63 |
| 4 | Texas Southwest Floors, Inc.<br>2301 McDaniel Dr.<br>Carrollton, TX 75006-6947 | | Mechanics Lien | | | | $50,502.76 |
| 5 | 360 Apartment Renovations LLC<br>5473 Blair Rd Ste 100 Pmb 47372<br>Dallas, TX 75231-4227 | | Mechanics Lien | | | | $46,470.38 |
| 6 | Cushman Wakefield US, Inc.<br>2401 Internet Blvd Ste 110<br>Frisco, TX 75034-5976 | | Trade Services | | | | $44,314.05 |
| 7 | HD Supply Facilities Maintenance LTD<br>3400 Cumberland Blvd Se<br>Atlanta, GA 30339-4435 | | Mechanics Lien | | | | $34,624.65 |
| 8 | Chadwell Supply<br>1111 Executive Dr Ste 200<br>Coppell, TX 75019-4636 | | Trade Services | | | | $30,140.84 |

| Debtor | | | | | | | |
|---|---|---|---|---|---|---|---|
| | IMH Dallas Arioso, LLC | | | | Case number *(if known)* | | 25-05061-JBM11 |
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fetch Package 1214 Dolton Dr Dallas, TX 75207-2193 | | Trade Services | | | | $30,096.00 |
| 10 | City of Grand Prairie Water Util Po Box 534045 Grand Prairie, TX 75053-4045 | | Utilities | | | | $26,584.60 |
| 11 | G & C Painting 2340 County Road 901 Princeton, TX 75407-5229 | | Trade Services | | | | $25,487.44 |
| 12 | Superior Floors, LLC 101 Wrangler Dr Coppell, TX 75019 | | Trade Services | | | | $24,473.89 |
| 13 | Eagle Oak Landscape, LLC 2013 Holford Rd Garland, TX 75044-5705 | | Mechanics Lien | | | | $22,342.46 |
| 14 | Kodiak Fire Protection, Inc. 507 Prestige Cir Allen, TX 75002-3438 | | Trade Services | | | | $21,225.02 |
| 15 | Red Carpet Cleaning Po Box 892 Colleyville, TX 76034-0892 | | Mechanics Lien | | | | $19,195.13 |
| 16 | Carpet Cleaning & Restoration Spec Inc PO Box 2590 Alvin, TX 77512 | | Abstract of Judgment | | | | $18,452.19 |
| 17 | Apartments LLC 3438 Peachtree Rd Ne Ste 1500 Atlanta, GA 30326 | | Trade Services | | | | $18,376.00 |
| 18 | King and Queen Landscape Inc. 3198 Royal Ln Dallas, TX 75229-3777 | | Trade Services | | | | $17,100.00 |
| 19 | Waterproofing & Const DBA LSR Multifamily 13817 Highway 5 N Van Alstyne, TX 75495-8122 | | Trade Services | | | | $16,295.00 |
| 20 | Rez Cln 1079 W Round Grove Rd Ste 300 Pmb 349 Lewisville, TX 75067-7927 | | Trade Services | | | | $14,339.79 |

Official Form 204 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims page 2