AMENDED TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | IMH Dallas Arioso, LLC |
| Bankruptcy Number: | 25-05061-JBM11 |
| Hearing: | 10/01/2026 11:00 AM |
| Motion: | MOTION TO HOLD: (I) THE DEBTOR; (II) ED MONCE; AND (III) MICHELLE AHRENS IN CONTEMPT FILED ON BEHALF OF RREF IV - D CLAREMONT DRIVE, LLC |

**Hear**. The Court will hear this matter as to Mr. Monce and the Debtor. While Ms. Ahrens will still need to attend the hearing in person in case the Court takes her testimony, the Court anticipates it will continue the hearing as to her potential contempt pursuant to the moving party's request.